16160. PARTEE *v.* PETERS.

BROYLES, C. J. 1. A petition for certiorari which contains no proper assignment of error is void. *Citizens Banking Co.* v. *Paris,* 119 *Ga.* 517, 518 (46 S. E. 638).

(*a*) Such a petition should not be sanctioned; but, if sanctioned, should

be dismissed on the hearing. The same result is reached, however, where the petition is overruled. See, in this connection, *Flynn* v. *City of East Point*, 18 *Ga. App.* 729 (90 S. E. 374), and citations.

2. In the instant case the only attempted assignment of error in the petition for certiorari was in these words: "There being no further evidence, the court entered up judgment in favor of the plaintiff against defendant for $5.52 besides court costs of suit. Petitioner avers that the said court erred in entering up said judgment." The petition, therefore, did not comply with section 5183 of the Civil Code of 1910, which requires that the plaintiff in certiorari "shall plainly and distinctly set forth the errors complained of," and this court will not reverse the judgment overruling the certiorari. *Harrell* v. *City of Quitman*, 17 *Ga. App.* 299 (86 S. E. 662), and citations.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 15, 1925.

Certiorari; from Walton superior court—Judge Fortson. November 21, 1924.

*J. H. Felker,* for plaintiff in error.